## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| ANHEUSER-BUSCH DEFERRED INCOME STOCK PURCHASE AND SAVINGS PLAN (FOR EMPLOYEES COVERED BY A COLLECTIVE BARGAINING AGREEMENT); GROUP INSURANCE PLAN FOR CERTAIN EMPLOYEES OF ANHEUSER-BUSCH COMPANIES, INC. AND ITS SUBSIDIARIES; AETNA LIFE INSURANCE COMPANY, and INTERNATIONAL BROTHER-HOOD OF TEAMSTERS BOTTLERS LOCAL NO. 1187 PENSION PLAN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 4:06-CV-1397 CAS |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| PATRICIA GRIGGS, KENNETH ROBINSON, GERMAINE ROBINSON, RAUCHANDIA ROBINSON, and ANTHONY ROBINSON, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISBURSEMENT

On September 19, 2006, the following were deposited into the Registry of the Court: funds in the amount of One Hundred Six Thousand Four Hundred Four Dollars and Ninety-Five Cents ($106,404.95), to be held in an interest-bearing account, and an Anheuser-Busch Companies, Inc. Certificate of Common Stock No. D539012 for 869 shares to be held in *custodia legis*. By Order of this Court, the funds held by the registry and the stock certificate shall be disbursed as follows:

1. One check in the amount of Twenty-Four Thousand Dollars ($24,000.00) payable to Phillip A. Tatlow, Hockensmith, Tatlow, McKinnis, P.C., 12801 Flushing Meadow Drive, St. Louis, Missouri 63131, attorney for Defendant Patricia Griggs.

2. One check for the balance of Eighty-Two Thousand Four Hundred Four Dollars and Ninety Five Cents ($82,404.95), together with one hundred percent (100%) of the interest accrued, less the deduction of the Court's administrative fee, payable to Mavis W. Kennedy, Law Offices of Mavis Kennedy & Associates, LLC, 5518 Telegraph Road, Suite 102, St. Louis, Missouri 63129, federal taxpayer identification number 11-3762055, attorney for Defendants Kenneth Robinson, Germaine Robinson, Rauchandia Robinson, and Anthony Robinson.

3. Anheuser-Busch Companies, Inc. Certificate of Stock No. D539012 for 869 shares shall be disbursed to Defendants Anthony Robinson and Rauchandia Robinson, and shall be picked up from the custody of the Court by Mavis W. Kennedy, or a representative designated by her, Law Offices of Mavis Kennedy & Associates, LLC, 5518 Telegraph Road, Suite 102, St. Louis, Missouri 63129.

**SO ORDERED**:

*/s/ Charles A. Shaw*

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  29th  day of March, 2007.